IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE RANDLE,** | Case No. 2:17-cv-01583 AC P |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **K. PORTER, et al.,** | |
| Defendants. | |

The Court has considered Defendants' request for a two-week modification of the pretrial motion deadline. ECF No. 31. Good cause shown for that request, the motion is GRANTED. All parties shall have until August 10, 2018, to file pretrial motions.

**IT IS SO ORDERED.**

Dated: July 17, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE